IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JOSE F. CARDONA RODRIGUEZ <br> SONIA N. MERCADO SANTIAGO <br><br> Debtor(s) | CASE NUMBER: 07-00405-GAC <br><br> CHAPTER 13 |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**COME NOW, JOSE F. CARDONA RODRIGUEZ and SONIA N. MERCADO SANTIAGO,** debtors through their undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The debtors hereby amend Schedule F to previously filed schedule "F" docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: *include an omitted unsecured creditor named AT&T Mobility, balance owed $1,025.38, postal address PO Box 15067, San Juan, PR 00902-8567.*

2. The debtors have attached and given notice of the amendment and statement of purpose together with a copy of the original Notice of § 341 Meeting of Creditors to the Trustee, United States Trustee, and the added creditor.

**WHEREFORE**, the debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

1

**NOTICE TO CREDITORS AND PARTIES IN INTEREST**: Be advised that in asset cases, notice is required informing the creditor of its right to file a Proof of Claim within ninety (90) days of service of the documents required by LBR 1009, or within the time set for previously scheduled creditors to file Proofs of Claim, whichever is later; or within such other time as allowed by Fed. R. Bankr. P. 9006(c) and ordered by the Court; and in a chapter 13 case, a notice informing the creditor of its right to file complaints under 11 U.S.C. §§ 523 and 727, and objections to the debtor's claim of exemptions, within sixty (60) days of service of the papers required by LBR 1009, or within the time set for previously scheduled creditors to file those complaints or objections, whichever is later. It is also advised, that the extensions of deadlines granted by LBR 1009 apply only to those creditors added by amendment. Creditors added after the § 341 meeting of creditors has commenced are entitled to reconvene the 341 meeting, upon request to the United States Trustee, unless the Court orders otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the none CM/ECF participants: debtor(s), Jose F. Cardona Rodriguez and Sonia N. Mercado Santiago Urb San Gerardo 1713 Calle California San Juan PR 00926; to the creditor affected by the amendment: At&t Mobility PO Box 15067, San Juan, PR 00902-8567; and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 12 day of March, 2009.

/s/*RobertoFigueroaCarrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE F. CARDONA RODRIGUEZ
SONIA N. MERCADO SANTIAGO

Debtor(s)

CASE NUMBER: 07-00405-GAC

CHAPTER 13

## DEBTORS' VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule F**, consisting of 3 **sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this 12 day of May, 2009.

_____
JOSE F. CARDONA RODRIGUEZ

_____
SONIA N. MERCADO SANTIAGO

3

B6F (Official Form 6F) (12/07)

IN RE **CARDONA RODRIGUEZ, JOSE FRANCISCO & MERCADO SANTIAGO, SONIA NOEMI**     Case No. **07-405**
                                               Debtor(s)                                                (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 30189262 <br> Aarow Financial Services <br> 5996 W Touhy Ave <br> Niles, IL 60714 | | H | Open account opened 5/05 | | | | 911.00 |
| ACCOUNT NO. 045220660016399682 <br> Amex <br> P O Box 297871 <br> Fort Lauderdal, FL 33329 | | W | Open account opened 12/97 | | | | 2,756.00 |
| ACCOUNT NO. 045220660016599682 <br> Amex <br> P O Box 297871 <br> Fort Lauderdal, FL 33329 | | W | Revolving account opened 12/97 | | | | 856.00 |
| ACCOUNT NO. 90757264-100-43 <br> AT&T MOBILITY <br> PO BOX 15067 <br> SAN JUAN, PR 00902-8567 | | J | | | | | 1,025.38 |

    2 continuation sheets attached                                     Subtotal (Total of this page)   $ **5,548.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **CARDONA RODRIGUEZ, JOSE FRANCISCO & MERCADO SANTIAGO, SONIA NOEMI**     Case No. **07-405**
                                      Debtor(s)                                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 31170426519165<br>Beneficial/household Finance<br>Po Box 1547<br>Chesapeake, VA 23327 | W | Revolving account opened 6/02 | | | | 8,128.00 |
| ACCOUNT NO. 412174187337<br>Cap One Bk<br>Po Box 85520<br>Richmond, VA 23285 | H | Revolving account opened 2/01 | | | | 1,268.00 |
| ACCOUNT NO. 486236233352<br>Capital 1 Bk<br>11013 W Broad St<br>Glen Allen, VA 23060 | W | Revolving account opened 7/03 | | | | 533.00 |
| ACCOUNT NO. 1072<br>Centennial<br>Po Box 71514<br>San Juan, PR 00936 | H | Open account opened 9/05 | | | | 745.00 |
| ACCOUNT NO. 6032590252053425<br>Comm Cred<br>4707 E Busch Blvd Ste 10<br>Tampa, FL 33617 | W | Revolving account opened 7/02 | | | | 4,048.00 |
| ACCOUNT NO.<br>CITIFINANCIAL<br>1 CITIBANK DR STE 201<br>SAN JUAN, PR 00926 | | Assignee or other notification for:<br>Comm Cred | | | | |
| ACCOUNT NO. 600889186039<br>Gemb/jc Penney Pr<br>Po Box 364788<br>San Juan, PR 00936 | W | Revolving account opened 12/92 | | | | 1,007.00 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **15,729.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **CARDONA RODRIGUEZ, JOSE FRANCISCO & MERCADO SANTIAGO, SONIA NOEMI**   Case No. **07-405**
                                    Debtor(s)                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCOUNT NO. 601945160121<br>Mil Star<br>3911 Walton Walker<br>Dallas, TX 75266 | W | Revolving account opened 5/95 | | | | 5,419.00 |
| ACCOUNT NO. 601944440037<br>Mil Star<br>3911 Walton Walker<br>Dallas, TX 75266 | H | Revolving account opened 2/95 | | | | 5,114.00 |
| ACCOUNT NO. 406095300030<br>Navy Federal Cr Union<br>820 Follin Ln Se<br>Vienna, VA 22180 | H | Revolving account opened 4/00 | | | | 1,403.00 |
| ACCOUNT NO. 6035365224362619<br>Radio Shack Citibank<br>Po Box 9714<br>Gray, TN 37615 | W | Revolving account opened 12/06 | | | | 685.00 |
| ACCOUNT NO. 504994018917<br>Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | W | Revolving account opened 5/06 | | | | 954.00 |
| ACCOUNT NO. 4352-3767-2795-0537<br>Target Nb<br>Po Box 673<br>Minneapolis, MN 55440 | W | Revolving account opened 5/02 | | | | 702.00 |
| ACCOUNT NO. 545884010105<br>Usaa Sb<br>10750 Mc Dermott Fwy<br>San Antonio, TX 78288 | W | Revolving account opened 1/01 | | | | 2,766.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 17,043.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 38,320.38

Official Form 9I (Chapter 13 Case) (10/06)        Case Number 07−00405−GAC13

## UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on January 30, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address): | |
| JOSE FRANCISCO CARDONA RODRIGUEZ<br>URB. SAN GERARDO<br>1713 CALLE CALIFORNIA<br>SAN JUAN, PR 00926 | SONIA NOEMI MERCADO SANTIAGO<br>URB. SAN GERARDO<br>1713 CALLE CALIFORNIA<br>SAN JUAN, PR 00926 |
| Case Number:<br>07−00405−GAC13 GAC | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0064<br>xxx−xx−0872 |
| Attorney for Debtor(s) (name and address):<br>ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 193677<br>SAN JUAN, PR 00919−3677<br>Telephone number: 787 744−7699 | Bankruptcy Trustee (name and address):<br>ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902−4062<br>Telephone number: 787 977−3500 |

### Meeting of Creditors:
Date: **March 7, 2007**        Time: **10:00 AM**
Location: **OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN, PR 00901**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **June 5, 2007**      For a governmental unit will be (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)) *180 days after the filing date*.

#### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint Objecting to Determine Dischargeability of Certain Debts:

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

#### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The hearing on confirmation will be held:
Date: **April 13, 2007**, Time: **03:30 PM**, Location: **300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR 00901**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901<br>Telephone number: (787) 977−6000<br>http://www.prb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>CELESTINO MATTA−MENDEZ |
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: February 1, 2007 |

| | | |
|---|---|---|
| CARDONA RODRIGUEZ, JOSE FRANCISCO<br>URB. SAN GERARDO<br>1713 CALLE CALIFORNIA<br>SAN JUAN, PR 00926 | Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440 |
| MERCADO SANTIAGO, SONIA NOEMI<br>URB. SAN GERARDO<br>1713 CALLE CALIFORNIA<br>SAN JUAN, PR 00926 | CITIBANK NA- AUTO<br>PO BOX 71433<br>SAN JUAN, PR 00936-8533 | Usaa Sb<br>10750 Mc Dermott Fwy<br>San Antonio, TX 78288 |
| R. Figueroa Carrasquillo<br>Law Office<br>PO Box 193677<br>San Juan, PR 00919-3677 | CITIFINANCIAL<br>1 CITIBANK DR STE 201<br>SAN JUAN, PR 00926 | |
| Aarow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714 | Comm Cred<br>4707 E Busch Blvd Ste 10<br>Tampa, FL 33617 | |
| Amex<br>P O Box 297871<br>Fort Lauderdal, FL 33329 | Gemb/jc Penney Pr<br>Po Box 364788<br>San Juan, PR 00936 | |
| AT&T MOBILITY<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | Mil Star<br>3911 Walton Walker<br>Dallas, TX 75266 | |
| Beneficial/household Finance<br>Po Box 1547<br>Chesapeake, VA 23327 | Navy Federal Cr Union<br>820 Follin Ln Se<br>Vienna, VA 22180 | |
| Cap One Bk<br>Po Box 85520<br>Richmond, VA 23285 | Radio Shack Citibank<br>Po Box 9714<br>Gray, TN 37615 | |
| Capital 1 Bk<br>11013 W Broad St<br>Glen Allen, VA 23060 | SARITA SUAREZ FERNANDEZ<br>SAN JUAN, PR 00902 | |
| Centennial<br>Po Box 71514<br>San Juan, PR 00936 | Sears/cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | |